# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN         DIVISION

1:17-cv-472

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   345th Judicial District Court of Travis County, Texas

   Cause No. D-1-GN-17-001455

   Donna Grace v. Surgical Care Affiliates, Inc.

2. Was jury demand made in State Court?      Yes [X]      No [ ]

   If yes, by which party and on what date?

   | Plaintiff Donna Grace | April 3, 2017 |
   |---|---|
   | Party Name | Date |

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   PLAINTIFF DONNA GRACE

   Jakki A. Hansen  
   THE HANSEN LAW FIRM, P.C.  
   10190 Katy Freeway, Suite 440  
   Houston, Texas 77043  
   281-888-4364 / 888-492-9819 fax

   Joseph Y. Ahmad  
   AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.  
   1221 McKinney Street  
   Houston, Texas 77010  
   713-655-1101 / 713-655-0602 facsimile

   DEFENDANT SURGICAL CARE AFFILIATES, INC.

   Kevin Koronka  
   Leslie Brockhoeft  
   HUSCH BLACKWELL LLP  
   2011 Ross Avenue, Suite 2000  
   Dallas, Texas 75201  
   (214) 999-6100 / (214) 999-6170 (Facsimile)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   PLAINTIFF DONNA GRACE

   Retaliation, Damages, Exemplary Damages, mental anguish damages, loss of income, pre/post judgment interest and attorneys' fees..

   | | |
   |---|---|
   | Jakki A. Hansen | Joseph Y. Ahmad |
   | THE HANSEN LAW FIRM, P.C. | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C. |
   | 10190 Katy Freeway, Suite 440 | 1221 McKinney Street |
   | Houston, Texas 77043 | Houston, Texas 77010 |
   | 281-888-4364 / 888-492-9819 fax | 713-655-1101 / 713-655-0602 facsimile |

**VERIFICATION:**

_/s/ [signature]_ _____ Kevin Koronka _____  5/17/2017
Attorney for Removing Party                                                   Date

Surgical Care Affiliates, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)