IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DONNA GRACE, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:17-cv-472 |
| § | |
| SURGICAL CARE AFFILIATES, INC., § | |
| § | |
| *Defendant.* § | |

### INDEX OF MATTERS FILED PURSUANT TO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Surgical Care Affiliates, Inc., Petitioner for Removal, and makes and files this Index of Matters Filed as follows:

The documents filed concurrently with this index include:

1. State Court Docket Sheet;

2. Plaintiff's Original Petition filed April 3, 2017;

3. Citation issued to Surgical Care Affiliates, Inc. on April 7, 2017;

4. Designation of Lead Counsel filed on April 6, 2017;

5. Surgical Care Affiliates, Inc.'s Original Answer and Affirmative Defenses filed May 15, 2017; and

6. Notice of Filing Notice of Removal filed May 17, 2017.

Exhibit "A"