(https://www.traviscountytx.gov)

## District Clerk - AARO - Attorney Access to Records Online

# Details

Updated : Tuesday, May 16, 2017 5:15:50 AM

| | |
|---:|:---|
| Cause Number | D-1-GN-17-001455 |
| Style | GRACE V. SURGICAL CARE AFFILIA |
| Filed Date | 4/3/2017 |
| Court | 345 |
| Type | VIOLATION (GEN LIT ) |
| Case Status | PENDING |
| Action/Offense | |
| Hearing Date | |

Request Documents (/aaro/Content/record_search

New Search (/aaro/)

| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| KORONKA KEVIN LYNN | DEFENDANT | SURGICAL CARE AFFILIATES INC | |
| AHMAD JOSEPH Y | PLAINTIFF | | GRACE , DONNA |
| HANSEN JAKKI A | PLAINTIFF | | GRACE , DONNA |

| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 5/15/2017 | 345 | DF | ORIGINAL ANSWER | ANS-RESP | 4 | Download (/aaro/Default/GetPdf?barCodeId=5192331) |
| 4/7/2017 | 345 | DF | ISS:CITATION | ISSUANCE | 0 | PDF not available |
| 4/6/2017 | 345 | PL | NTC:ATTORNEY/COUNSEL | NOTICE | 2 | Download (/aaro/Default/GetPdf?barCodeId=5127326) |
| 4/3/2017 | 345 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 11 | Download (/aaro/Default/GetPdf?barCodeId=5122041) |

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

© 2017 Travis County, Texas - All rights reserved.

EXHIBIT B(1)