CITATION

THE STATE OF TEXAS

**CAUSE NO. D-1-GN-17-001455**

DONNA GRACE , Plaintiff

vs.
SURGICAL CARE AFFILIATES, INC.
, Defendant

TO: SURGICAL CARE AFFILIATES INC
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET #900
DALLAS, TEXAS 75201-3136

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on APRIL 3, 2017 in the 345TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, April 07, 2017.

REQUESTED BY:
JOSEPH Y AHMAD
1221 MCKINNEY ST., SUITE 2500
HOUSTON, TX 77010-2026
BUSINESS PHONE:(713)655-1101   FAX:(713)655-0062

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - -- - -- - -- **R E T U R N** -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

_____
Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

By:_____

_____ day of _____, _____.

_____
Printed Name of Server

_____ County, Texas

Notary Public, THE STATE OF TEXAS

D-1-GN-17-001455   SERVICE FEE NOT PAID   P01 - 000050442

☐ Original   ☐ Service Copy

EXHIBIT B(3)