4/6/2017 12:58:01 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-001455
Terri Juarez

CAUSE NO: D-1-GN-17-001455

| | | |
|---|---|---|
| DONNA GRACE | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| V. | § | TRAVIS COUNTY, TEXAS |
| SURGICAL CARE AFFILIATES, INC | § § | |
| *Defendant.* | § § | 345th JUDICIAL DISTRICT |

### DESIGNATION OF LEAD COUNSEL

Comes now Plaintiff Donna Grace and files this designation of lead counsel. Effective upon filing of this designation, lead counsel on this matter is now:

Jakki A. Hansen
THE HANSEN LAW FIRM, P.C.
10190 Katy Freeway, Ste 440
Houston, Texas 77043
281-888-4364 (Office)
888-492-9819 (Fax)
*jhansen@hansenlawfirmpc.com*

Respectfully submitted,

By:*/s/ Jakki A. Hansen*
Jakki A. Hansen
Texas Bar No. 24000886
jhansen@hansenlawfirmpc.com
THE HANSEN LAW FIRM, P.C.
10190 Katy Freeway, Suite 440
Houston, Texas 77043
Telephone (281) 888-4364
Facsimile: (888) 492-9819

EXHIBIT B(4)

Joseph Y Ahmad
Texas Bar No. 00941100
joeahmad@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

ATTORNEYS FOR PLAINTIFF DONNA GRACE

CERTIFICATE OF SERVICE

Defendant has not yet been served in this matter. I, the undersigned, affirm that a copy of this pleading will be provided to Defendant upon Defendant's appearance in this matter.

/s/ Jakki A. Hansen
Jakki A. Hansen