CAUSE NO.:  D-1-GN-17-001455

| | | |
|---|---|---|
| DONNA GRACE, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 345TH JUDICIAL DISTRICT |
| | § | |
| SURGICAL CARE AFFILIATES, INC., | § | |
| | § | |
| *Defendant.* | § | TRAVIS COUNTY, TEXAS |

### NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Surgical Care Affiliates, Inc. and  hereby notifies the Court that it has filed a Notice of Removal on this date in the office of the Clerk of the United States District Court for the Western District of Texas, a copy of which is attached hereto as Exhibit 1, without exhibits.

Respectfully submitted,

**HUSCH BLACKWELL, L.L.P.**

/s/ *Kevin Koronka*
Kevin Koronka
State Bar No. 24047422
kevin.koronka@huschblackwell.com
Leslie Brockhoeft
State Bar No. 24093771
leslie.brockhoeft@huschblackwell.com

**HUSCH BLACKWELL LLP**
2011 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (Facsimile)

**ATTORNEYS FOR SURGICAL CARE AFFILIATES, INC.**

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the foregoing was delivered to all counsel of record as shown below:

__X__          Mailed by certified mail, return receipt requested, postage prepaid, in a postpaid, properly addressed wrapper, in a post office or official depository under the care and custody of the United States Postal Service.

_____       Hand-delivered by courier receipted delivery.

_____       Forwarded by next day receipted delivery service.

_____       Communicated by telephonic document transfer to the recipient's current telecopier number.

__X__          Electronic Service via the Efile.TXCourts.gov Electronic Case Filing System (ECF).

TO:

| | |
|---|---|
| Joseph Y. Ahmad | Jakki A. Hansen |
| AHMAD, ZAVITSANOS, ANAIPAKOS, | THE HANSEN LAW FIRM, P.C. |
| ALAVI & MENSING P.C. | 10190 Katy Freeway, Suite 440 |
| 1221 McKinney Street | Houston, Texas 77043 |
| Houston, Texas 77010 | *Facsimile 888-492-9819* |
| *Facsimile 713-655-0602* | |

on this 17th day of May, 2017.         */s/ Kevin Koronka*
                                Kevin Koronka