IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA GRACE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 1:17-CV-472-LY |
| v. | § | |
| | § | |
| SURGICAL CARE AFFILIATES, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice. Having considered the Stipulation and the agreement of the parties, the Court finds that the motion should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is hereby granted and the case is dismissed with prejudice, waiving all rights of appeal. All costs are to be taxed against the party incurring same. The clerk's office is INSTRUCTED to ENTER JUDGMENT and CLOSE the case.

SIGNED this __3__ day of ~~November~~ December, 2018.

_____
JUDGE PRESIDING